**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| John Kaywood Hopkins II, et al., | Case No. 2:26-cv-00258-GMN-BNW |
| Plaintiffs, | |
| v. | **ORDER** |
| United States of America, et al., | |
| Defendants. | |

Plaintiffs submitted initiating documents to this Court but did not pay the filing fee for this case or file applications to proceed *in forma pauperis*. ECF No. 1.

If Plaintiffs are unable to pay the filing fee in this case, they must each complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. If Plaintiffs can pay the filing fee, they must do so.

**IT IS ORDERED** that the Clerk of the Court send Plaintiffs two copies of the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

**IT IS FURTHER ORDERED** that by March 9, 2026, Plaintiffs must either: (1) file complete applications to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed. *See* Local Rule IA 11-8.

DATED: February 5, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE